**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**JOSE FIGUEROA et al.,**

              **Plaintiffs,**         18cv10841 (JGK)

      - against -                <u>ORDER</u>

**THE MUSUEM OF SEX LLC,**

              **Defendant.**
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties should submit the settlement agreement and any other agreement between the parties to the Court. The documents will be filed publicly unless the parties provide a compelling reason to seal any portion of the papers. The documents are to be submitted by April 25, 2020.

**SO ORDERED.**

**Dated:    New York, New York**
            **April 14, 2020**        /s/ John G. Koeltl
                                                     **John G. Koeltl**
                                        **United States District Judge**